In the Matter of the Claim of ANTOINETTE VALENTI, Respondent, v. RALPH VALENTI, Doing Business as Rafael's Restaurant, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— STALEY, JR., J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.